UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LUKE THIBODEAUX, ET AL.

VERSUS

GEICO ADVANTAGE INSURANCE
COMPANY, ET AL.

CIVIL ACTION

NO. 16-158-JWD-EWD

# O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report filed on July 8, 2016, to which no objection was filed:

**IT IS ORDERED** that Plaintiffs' Motion to Remand (R. Doc. 3) is be **DENIED.**

Signed in Baton Rouge, Louisiana, on July 26, 2016.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA